# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALL AMERICAN RESOURCES, LLC, | 3:14-cv-00442-LRH-WGC |
| Plaintiff, | **ORDER GRANTING SANCTIONS** |
| vs. | |
| CALAIS RESOURCES, INC., et al., | |
| Defendants. | |

On April 20, 2015, this court denied Defendants' Motion for Protective Order. (Doc. # 46.) The court also found the Defendants/Counterclaimants' motion (Doc. # 35) to be of "little merit" and further determined sanctions in the form of attorney fees and costs incurred in opposing the motion were appropriate. Plaintiff's counsel was directed to file a statement itemizing Plaintiff's fees and costs incurred in opposing Defendants' motion. (Doc. # 46 at 2.)

Plaintiff's counsel thereafter filed a memorandum of fees and costs. (Doc. # 47.) No response was filed by Defendants/Counterclaimants, as was authorized by this court's Order. (Doc. # 46 at 2.)

Good cause appearing, this court awards Plaintiff its attorneys fees and costs in the total amount of $1,925.00, to be paid by Defendants/Counterclaimants within **fourteen (14) days** of this order.

**IT IS SO ORDERED.**

DATED: May 19, 2015.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE